COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RAYMOND MALOOLY and ALICE MALOOLY, | § | No. 08-08-00315-CV |
| | § | |
| Appellants, | § | Appeal from the |
| | § | |
| v. | § | County Court at Law No. 3 |
| | § | |
| | § | of El Paso County, Texas |
| CHRIS JUHL and MARIA JUHL, | § | |
| | § | (TC# 99-1746) |
| Appellees. | § | |

**<u>MEMORANDUM  OPINION</u>**

Pending before the Court on our own motion is the determination whether this appeal should be dismissed for want of prosecution pursuant to TEX.R.APP.P. 38.8.  Having determined that Appellants have failed to file a brief, and have not requested an extension of time to do so, we will dismiss the appeal.

This Court possesses the authority to dismiss an appeal for want of prosecution when the appellant fails to file a brief within the time proscribed, and provides no reasonable explanation for such failure.  TEX.R.APP.P. 38.8.(a)(1).  By letter dated March 20, 2009, the clerk of this Court informed Appellants of the Court's intent to dismiss this appeal for want of prosecution due to Appellants' failure to file a brief, or request an extension of time to do so.  The Court advised Appellants that the appeal would be dismissed without further notice unless they responded within ten days and provided a reason why the appeal should be continued.  *See* TEX.R.APP.P. 38.8.  Appellants have not responded to the clerk's notice.  We see no purpose that would be served by maintaining this appeal at this stage in the proceedings.  Therefore, pursuant

to TEX.R.APP.P. 38.8(a)(1), we dismiss the appeal for want of prosecution.

Also pending before the Court is Appellees' motion/objection to the court's order for mediation referral and motion to dismiss Appellants appeal. Because, we have determined the appeal should be dismissed for want of prosecution, Appellees' motion is denied as moot.

May 13, 2009

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.